CREDITO ITALIANO, Respondent, *v.* EMANUEL F. ROSENBAUM, Appellant, Impleaded with Another.

(Submitted April 22, 1936; decided May 19, 1936.)

*Chester Bordeau* and *Winslow M. Lovejoy* for appellant.
*Samuel F. Frank* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.